Commonwealth *v.* Taylor, Appellant.

Argued December 5, 1973. *Harold M. Kane,* with him *Bashman, Wertheimer, Kane, Manfredi and Byrne,* for appellant; *John H. Isom,* Assistant Dis-

trict Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.